# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JAMES M. GALLIGAN, | Civil File No. 11-CV-2117 JTM/GLR |
| Plaintiff, | |
| vs. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| FEDERAL BOND & COLLECTION SERVICE, INC., | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Respectfully submitted,

Dated:  April 12, 2011          /s/ J. Mark Meinhardt
J. Mark Meinhardt KS # 20245
4707 College Blvd, Suite 100
Leawood, KS 66211
(913) 451-9797 (Telephone)
(913) 451-6163 (Facsimile)
meinhardtlaw@sbcglobal.net

**ATTORNEY FOR PLAINTIFF**